**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-7527**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BENJAMIN SAWYER, JR., a/k/a Big Ben,

Defendant - Appellant.

———————————

**No. 96-7534**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KEITH C. WARD,

Defendant - Appellant.

———————————

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CR-92-88)

———————————

Submitted:  January 9, 1997          Decided:  January 24, 1997

———————————

Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Benjamin Sawyer, Jr., Keith C. Ward, Appellants Pro Se. Charles Dee Griffith, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Benjamin Sawyer, Jr. and Keith C. Ward appeal the district court's order denying their motions to reconsider its earlier denial of their motions to modify their sentences under 18 U.S.C. § 3582(c)(2) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Sawyer</u>, CR-92-88 (E.D. Va. Sept. 4 & 17, 1996); <u>United States v. Ward</u>, CR-92-88 (E.D. Va. Sept. 9 & 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2